UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

   Plaintiff,

                                      NO. 20-20448

v.

Peterson et. al,

   Defendant.

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Pursuant to 28 U.S.C. § 2241(c)(5) and Local Rule 72.1(a)(2)(L), the United States of America hereby petitions the court for a writ of habeas corpus ad prosequendum for defendant, Duane Peterson, and states:

Defendant is charged in this case with 21 U.S.C. § 846 Conspiracy to Ditsribute Controlled Substances. Defendant is currently incarcerated at the Oaks Correctional Facility in Manistee, MI in connection with a different case, and is in the custody of Oaks Correctional Facility/Manistee County Sheriff.

Defendant's arraignment has been scheduled for Thursday, June 03, 2021 before Duty Court of the Theodore Levin U.S. Courthouse. A writ of habeas corpus ad prosequendum is necessary to secure defendant's presence at that proceeding.

WHEREFORE, the government requests this Court order the issuance of a writ of habeas corpus ad prosequendum directing the Oaks Correctional Facility/Manistee County Sheriff, the United States Marshals Service, and any other interested federal law enforcement officer to produce Duane Peterson before the judicial officer and at the place and time stated above.

Respectfully submitted,

Saima S. Mohsin
Acting United States Attorney

Margaret Smith
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
Margaret.Smith@usdoj.gov
313-226-9135
P71413

Date:  May 10, 2021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

NO. 20-20448

v.

Peterson et. al.,

    Defendant.

## ORDER

Pursuant to 28 U.S.C. § 2241(c)(5) and Local Rule 72.1(a)(2)(L), it is hereby ordered that the government's Petition for Writ of Habeas Corpus ad prosequendum be granted and that the Clerk of the Court issue a writ of habeas corpus ad prosequendum in accordance with the government's petition.

                                s/ Patricia T. Morris
                                Patricia T. Morris
                                United States Magistrate Judge

Date:   May 10, 2021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

   Plaintiff,

                                                NO. 20-20448

v.

Peterson et. al,

   Defendant.

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   The Oaks Correctional Facility/Manistee County Sheriff, the United States Marshals Service, and any other interested federal law enforcement officer.

Pursuant to the foregoing petition and order, you are directed to produce defendant Duane Peterson before the Duty Court of the Theodore Levin U.S. Courthouse on Thursday, June 03, 2021, at time for his Arraignment; and you are also directed to return Oaks Correctional Facility/Manistee County Sheriff to the facility in which he is currently incarcerated when his presence before this Court is no longer required.

                                                DAVID J. WEAVER
                                                Clerk

                                                By:    s/ Kristen Castaneda
                                                          Deputy Clerk

                                                (Seal)