UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

vs.

DUANE PETERSON,

    Defendant.
_____/

Case No. 20-20448-1

HON. ROBERT H. CLELAND

**ORDER GRANTING MOTION TO WITHDRAW
AND DETERMINING EXCLUDABLE DELAY**

This matter comes before the court on James W. Burdick's [#139] Motion to Withdraw filed on October 27, 2021. The Court has reviewed the motion which indicates the Defendant has given his approval for present counsel to withdraw. Therefore,

IT IS ORDERED that the Motion to Withdraw is **GRANTED**. The Federal Community Defender's Office is directed to appoint new counsel.

IT IS FURTHER ORDERED that the time period from October 28, 2021 to November 29, 2021 shall be excludable from time calculation mandated by the Speedy Trial Act, 18 U.S.C. § 3161(H)(7)(A)(B) and 18 U.S.C. § 3161(H)(7)(B)(iv), and that the ends of justice served by this delay outweigh the public's and the defendant's interest in a speedy trial.

                                          S/Robert H. Cleland
                                          ROBERT H. CLELAND
                                          UNITED STATES DISTRICT JUDGE

Dated: October 29, 2021

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 29, 2021, by electronic and/or ordinary mail.

                                  S/Lisa Wagner
                                  Case Manager and Deputy Clerk
                                  (810) 292-6522

Case 3:20-cr-20448-RHC-DRG   ECF No. 141, PageID.486   Filed 10/29/21   Page 2 of 2