UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,               CR. NO.  20-cr-20448

v.

                                    HON. ROBERT H. CLELAND

D-1, DUANE PETERSON,

        Defendant.
_____/

## ORDER OF APPOINTMENT OF SECOND COUNSEL

Counsel has been appointed to represent Duane Peterson under the Criminal Justice Act.  Mr. Peterson has potential exposure to offenses for which the authorized punishment is death. Federal law entitles the defendant to appointment of two attorneys, at least one of whom shall be "learned in the law applicable to capital cases."  18 U.S.C. § 3005. Attorney Keith Spielfogel has been represented to this Court by the Federal Community Defender of Detroit to possess such learning and experience.

Accordingly, is it **ORDERED** that Keith Spielfogel, Esq, 190 S. LaSalle St, Suite 520, Chicago, Illinois 60603, telephone number (312) 236-6021, be appointed pursuant to 18 U.S.C. § 3005 to represent defendant Duane Peterson in the above-referenced case at an hourly rate of $202.00 per hour. See Vol. 7, Chapter 6, Guide to Judiciary Policies and Procedure, § 630.10.10.

It is further **ORDERED** that this appointment is subject to termination if the death penalty is not authorized by the Department of Justice.

                                        s/Robert H. Cleland
                                        HONORABLE ROBERT H. CLELAND
                                        United States District Judge

Entered:  February 4, 2022