UNITED STATES DISTRICT
COURT EASTERN DISTRICT
OF MICHIGAN SOUTHERN
DIVISION

UNITED STATES OF AMERICA

        Plaintiff,         Criminal No. 20-cr-20448
                                Hon. Robert H. Cleland

v.

DUANE PETERSON,
    a.k.a. "Juan"

        Defendant.

---

**Order permitting certain firearms and ammunition
to be brought into Courthouse as trial exhibits**

---

This matter coming before the Court on the government's motion, for the reasons stated in the motion and pursuant to local Administrative Order 95-079, it is hereby ordered beginning November 28, 2022, all Deputy U.S. Marshals and Court Security Officers shall permit the case agent in this case, Special Agent Kimberly Olech of the Federal Bureau of Investigation and any other special agent or police officer acting under the case agent's supervision, to bring into the U.S. Courthouse located at

1

526 Water Street, Port Huron, MI, the following firearms and ammunition:

- Springfield Armory, Model XD-40, .40 S&W cal, s/n US46003; and

- Ruger, Model LCP, .380 auto caliber, s/n 371010950; and

- S.W.D., Inc., pistol, Model M11/9, 9mm, s/n 89-0006560; and

- Beretta USA pistol, Model 92FS, 9mm (loaded), s/n BER317334; and

- M & P shield BSA, .40 cal. handgun, s/n HVH5225; and

- BSA Keltec P-11 BSA 9mm handgun, s/n ABH95; and

- 40 S&W Glock, Model 27 pistol, s/n TFY854; and

- Various rounds of ammunition

It is also ordered that the firearm shall be handled in accordance with Administrative Order 95-079, which provides in relevant part:

1. Upon arriving at the courthouse, the case agents bringing with them firearms and ammunition to be admitted as exhibits in a scheduled trial will announce their intentions and present this court

   order to the Court Security Officers at the security screening posts.

2. Once notified, the Court Security Officer will escort the case agent, along with the firearms and ammunition, into the Marshals Service office where the firearms and ammunition will be inspected and secured by Supervisory Deputy United States Marshals.

3. Once the firearms and ammunition are determined to be safe, the Court Security Officer and the case agent will transport the firearms to the designated courtroom where the case agent will be responsible for the security of the firearms and ammunition. For the duration of the trial, it will be the responsibility of the case agent to coordinate with the Marshals Service to facilitate the transport of the firearms and ammunition by Marshals Service personnel to and from the

appropriate courtroom. During trial, the case agent will be responsible for the security of the firearms and ammunition.

4. Once the trial is completed, this court order will expire and the firearms and ammunition will be removed from the courthouse by the case agent.

**IT IS SO ORDERED**

Date: November 21, 2022

 s/Robert H. Cleland
HON. ROBERT H. CLELAND
United States District Court Judge

4