UNITED STATES DISTRICT
COURT EASTERN DISTRICT
OF MICHIGAN SOUTHERN
DIVISION

UNITED STATES OF AMERICA

       Plaintiff,　　　　　　　　Criminal No. 20-cr-20448
　　　　　　　　　　　　　　　　　　Hon. Robert H. Cleland

v.

DUANE PETERSON,
    a.k.a. "Juan"

       Defendant.

---

**Order permitting controlled substances
into the Courthouse as trial exhibits**

---

     This matter coming before the Court on the United States' motion, for the reasons stated in the motion and pursuant to local Administrative Order 95-079 it is hereby ordered that beginning November 28, 2022, all Deputy U.S. Marshals and Court Security Officers shall permit the case agents in this case, FBI Special Agent Kimberly Olech, Joel Kelso or any other special agent and task force officer acting under the case agents'

1

supervision, to bring into the U.S. Courthouse in Port Huron, MI, controlled substances involved in the captioned case, including cocaine, crack cocaine, heroin, fentanyl, and also drug-related items (including scales, cutting/diluting agents, and packaging material) for use as exhibits at trial.

It is also ordered that the items shall be handled in accordance with local Administrative Order 95-079, which requires that Court Security personnel will inspect said items prior to the items entering the Courtroom. Thereafter, the case agents will be responsible for the security of said items. Once the trial is completed, this Order will expire and the controlled substances and related items will be removed from the courthouse by the case agents. The agents are allowed to remove these items after each trial date and return with them to the Courthouse each trial day.

     s/Robert H. Cleland
HON. ROBERT H. CLELAND
United States District Judge

Entered: November 21, 2022